UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEE DAVIS,

        Plaintiff,        CIVIL ACTION NO. 06-13704
                                HON. JOHN CORBETT O'MEARA

v.

SAVITHRI KAKANI, et al.,

        Defendants.

_____/

ORDER ADOPTING MAGISTRATE JUDGE MAJZOUB'S
REPORT AND RECOMMENDATION

The Court having reviewed Magistrate Judge Majzoub's Report and Recommendation, filed June 28, 2007, as well as any objections thereto filed by the parties, and being fully advised in the premises;

IT IS HEREBY ORDERED that the Report and Recommendation is accepted and adopted by this Court.

IT IS FURTHER ORDERED that Defendants' Motion to Dismiss filed on November 15, 2006 (docket no. 8) is GRANTED, and this action DISMISSED without prejudice to allow Plaintiff to refile it along with the filing fee.

IT IS FURTHER ORDERED that Plaintiff's Motion to Compel filed on January 26, 2007 (docket no. 14), Defendants' Motion for Protective Order filed on February 12, 2007 (docket no.

15), and Defendants' Motion to Produce filed on March 21, 2007 are MOOT.

SO ORDERED.

s/John Corbett O'Meara
United States District Judge

Dated: July 31, 2007

Certificate of Service

I hereby certify that the foregoing order was served upon the parties of record on July 31, 2007, by electronic and/or U.S. mail.

s/William Barkholz
Case Manager